UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **TRACEY ALEXANDER VINSON,**<br><br>　　Plaintiff,<br><br>v.<br><br>**ROSS, et al.,**<br><br>　　Defendants. | **2:24-cv-12002-TGB-PTM**<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 25)** |

　　This matter is before the Court on Magistrate Judge Patricia T. Morris's September 23, 2025 Report and Recommendation (ECF No. 25) that Defendants' Motion for Judgment on the Pleadings (ECF No. 17) be granted and that the case be dismissed with prejudice.

　　The Court has reviewed Judge Morris's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report … to which objection is made." *Id*. Where, as here, neither party has specifically objected to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). The Court will, therefore, accept Judge Morris's Report and

Recommendation of September 23, 2025, as its findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Judge Morris's Report and Recommendation of September 23, 2025 (ECF No. 25), is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Defendants' Motion for Judgment on the Pleadings (ECF No. 17) is **GRANTED** and that the case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

Dated: October 20, 2025       /s/Terrence G. Berg
                              HON. TERRENCE G. BERG
                              UNITED STATES DISTRICT JUDGE

2